

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-17-00663-CV

**IN RE** Brandy Kara **KRATZER**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  December 13, 2017

PETITION FOR WRIT OF MANDAMUS DENIED

On October 11, 2017, Relator filed a petition for writ of mandamus. The court has considered Relator's petition for writ of mandamus and the response filed by the real party in interest on November 20, 2017 and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). In addition, Relator's motion for temporary relief filed on November 13, 2017 is denied.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 12-2153-CV, styled *In the Interest of C.A.S and T.A.S.*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable Robin V. Dwyer presiding.